### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**THOMAS M. LINDSEY and**
**TARI L. METZGER**                                                        **PLAINTIFFS**

**v.**                                              **CAUSE NO. 1:14CV260-LG-JCG**

**RODERICK AYCOX; SELECT MANAGEMENT**
**RESOURCES LLC**                                                        **DEFENDANTS**

### FINAL JUDGMENT

In accordance with the Order Lifting Stay and Dismissing Action Without Prejudice entered herewith this date, and because the Court finds that the only claims remaining in this action must be submitted to arbitration,

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 3rd day of November, 2016.


s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE